1
2
3

Brian C. Huber
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

THE HONORABLE RICHARD A. JONES

4
5
6

# UNITED STATES DISTRICT COURT

7

## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8
9
10
11
12
13
14
15
16
17
18

FINITO SERVICES, LLC dba SUNSPOT
INNS, RESORTS & VACATION
RENTALS,

      Plaintiff,

      vs.

CHELAN QUALITY VACATION
PROPERTIES, LLC; LEWIS CLARK,
individually; and MARIBETH CLARK,
individually,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

NO. 11-cv-243-RAJ

ANSWER, AFFIRMATIVE DEFENSES
AND COUNTERCLAIMS

19
20

TO:      THE CLERK OF THE ABOVE-ENTITLED COURT

21
22

AND TO:   DAVID A. LOWE and LAWRENCE D. GRAHAM, Attorneys for
          Plaintiff

23

## ANSWER

24
25

    Defendants, by and through their counsel of record, by way of Answer to the

26

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

Plaintiff's Complaint, hereby admit, deny and allege as follows:

1.   Defendants are without knowledge sufficient to form a belief as to the truth or falsity of said paragraph of Plaintiff's Complaint, and therefore deny the same.

2.   Admit.

3.   Admit.

4.   Admit.

5.   Admit.

6.   Deny.

7.   Defendants are without knowledge sufficient to form a belief as to the truth or falsity of said paragraph of Plaintiff's Complaint, and therefore deny the same.

8.   Defendants are without knowledge sufficient to form a belief as to the truth or falsity of said paragraph of Plaintiff's Complaint, and therefore deny the same.

9.   Deny.

10.   Deny.

11.   By way of answer to paragraph 11 of Plaintiff's Complaint, the Defendants admit only that to the extent there ever were any photographs on the Defendants' website that were taken by others, those photographs were removed from

ANSWER, AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS
Page 2
842391

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

the website long ago.

12.   N/A.

13.   Deny.

14.   Deny.

15.   Deny.

16.   Deny.

17.   Deny.

18.   Defendants further deny that Plaintiff is entitled to any of the relief requested in paragraphs 1 through 6 of the Prayer for Relief set forth in Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

1.   Plaintiff's claim should fail to the extent venue is not properly in this Court.

2.   Plaintiff's claim should fail to the extent it has itself been guilty of inequitable and wrongful conduct as set forth in the Counterclaim below.

## COUNTERCLAIMS

1.   Plaintiff/Counterclaim Defendant Finito Services, LLC ("Finito") is a

ANSWER, AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS
Page 3
842391

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

Washington limited liability company doing business in Chelan County, Washington.

2.      Defendant/Counterclaim Plaintiff Chelan Quality Vacation Properties, LLC ("CVP") is a Washington limited liability company doing business in Chelan County, Washington.

3.      The "Echo Lodge" is a vacation rental property located in Chelan County, Washington.

4.      Finito has in the past contracted with the owners of the Echo Lodge to be the exclusive vacation rental property management firm for the Echo Lodge, however such relationship terminated in 2009.

5.      By March 2010 the owners of the Echo Lodge had contracted with CVP to be the exclusive vacation rental property management firm for the Echo Lodge.

6.      Despite having been terminated as the rental manager of the Echo Lodge in 2009, Finito has wrongfully and deceptively continued to include the Echo Lodge as among the properties listed on Finito's website.

7.      Finito has likewise continued to list on its website one or more other properties for which Finito is no longer the exclusive vacation rental property management firm, and for which CVP is now the exclusive vacation rental property

ANSWER, AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS
Page 4
842391

management firm.

8.    By continuing to list those properties on its website despite having been terminated as the rental manager, Finito is seeking to obtain and in fact has obtained an unfair advantage over its competitor, CVP.

9.    On information and belief, CVP alleges that by listing properties on the Finito website that are now managed by CVP, Finito has caused CVP to incur actual damages and lost profits due to Finito's unfair and deceptive conduct.

## FIRST CAUSE OF ACTION:  TORTIOUS INTERFERENCE

10.    CVP has a valid business expectancy in its relationship with its customers and prospective customers.

11.    Finito has had knowledge of that expectancy at all times material to this lawsuit.

12.    Finito's conduct as alleged herein constitutes an intentional interference inducing or causeing a breach or termination of the relationship or expectancy.

13.    Finito interfered for an improper purpose and/or used improper means with respect to such interference.

14.    CVP has suffered damages as a result of Finito's conduct.

ANSWER, AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS
Page 5
842391

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

15.     Finito's conduct constitutes tortious interference with a business expectancy, in that Finito has included properties now managed by CVP among the properties listed on Finito's website so that customers who are interested in renting a property managed by CVP will instead be diverted by means of this "bait and switch" into renting properties managed by Finito.

### SECOND CAUSE OF ACTION:  CONSUMER PROTECTION ACT

16.     Finito's conduct also constitutes an unfair method of competition and an unfair act or practice in trade or commerce that has caused damages to CVP in violation of Washington's Consumer Protection Act, RCW 19.86.

### THIRD CAUSE OF ACTION:  FALSE ADVERTISING – LANHAM ACT

17.     By the actions and representations previously described herein, Finito made false or misleading descriptions or representations of fact in commercial advertising or promotion that misrepresented the nature, characteristics or qualities of its goods and services.

18.     These actions and representations occurred in interstate commerce.

19.     Finito's actions and representations previously described herein were made in violation of the Lanham Act's False Advertising provision,

ANSWER, AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS
Page 6
842391

**Jeffers, Danielson, Sonn & Aylward, P.S.**
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

15 U.S.C. 1125(a)(1)(B).

20.    As a result of the foregoing misconduct, CVP has been damaged and Finito has been unjustly enriched in an amount in excess of $75,000, the exact amount to be determined at trial.

21.    Finito's misconduct is causing irreparable injury to CVP for which there is no adequate remedy at law.

## PRAYER FOR RELIEF

For all of these reasons, the Defendants request the following relief:

1.    That judgment be entered in favor of the Defendants and against the Plaintiff with respect to all claims raised in Plaintiff's Complaint.

2.    That the Defendants be awarded judgment with respect to all claims raised in the Defendants' Counterclaim.

3.    That the Defendants recover their reasonable attorney fees and costs incurred in connection with this lawsuit.

4.    That the Court award such other and further relief as is just and equitable under the circumstances.

ANSWER, AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS
Page 7
842391

DATED this 15th day of March, 2011.

s/BRIAN C. HUBER
WSBA No. 23659
Attorney for Defendants
JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
2600 Chester Kimm Road
P.O. Box 1688
Wenatchee, WA  98807-1688
Telephone:  509-662-3685
Fax:  509-662-2452 / Email: brianh@jdsalaw.com

ANSWER, AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS
Page 8
842391

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15th 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.  Notice of this filing will be sent to the parties listed below by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

David A. Lowe lowe@blacklaw.com

Lawrence D. Graham graham@blacklaw.com

DATED at Wenatchee, Washington this 15th day of March, 2011.

s/BRIAN C. HUBER
WSBA No. 23659
Attorney for Defendants
JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
2600 Chester Kimm Road
P.O. Box 1688
Wenatchee, WA  98807-1688
Telephone:  509-662-3685
Fax:  509-662-2452
Email: brianh@jdsalaw.com

ANSWER, AFFIRMATIVE DEFENSES AND
COUNTERCLAIMS
Page 9
842391